400 A.2d 620

Kutz, a minor, et al., v. Petroski, Appellant, v. Blaine.

Longo et ux. v. Petroski, Appellant, v. Blaine.

Argued December 4, 1978. Joseph J. Musto, for appellant; Anthony B. Panaway, for appellees, Kutz et al, at No. 1372, and for appellees, Longo et ux, at No. 1373. Joseph A. Quinn, Jr., for appellee, Blaine.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment affirmed.

400 A.2d 620

Lasswell, Appellant, v. The Philadelphia Saving Fund Society et al.

Argued December 5, 1978. David Kanner, for appellant; Ward T. Williams, for appellee, The Philadelphia Saving Fund Society; Richard Friedman, for appellee, Willie May Hart Lasswell.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment affirmed.